IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRYAN WILLIAMS                                                                      PLAINTIFF
#14369

v.                              No. 3:23-cv-226-DPM

BJ CARTER, Captain, Poinsett
County Detention Center; REGINA
HINDMAN, "Gina," Lt., Poinsett
County Detention Center; JAMES
BROWN, CEO, Smart Communications, Inc.;
and DOE, CEO, TigerCommissary.com,
Tiger Correctional Services Portal                                              DEFENDANTS

ORDER

**1.** The Court withdraws the reference.

**2.** Williams hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His mail is still being returned, though it was sent to the updated address he provided in mid-November. His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

–2–

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>8 January 2024</u>