# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRYAN WILLIAMS**                                                    **PLAINTIFF**
**#14369**

**v.**                            **No. 3:23-cv-226-DPM**

**BJ CARTER, Captain, Poinsett**
**County Detention Center; REGINA**
**HINDMAN, "Gina," Lt., Poinsett**
**County Detention Center; JAMES**
**BROWN, CEO, Smart Communications, Inc.;**
**and DOE, CEO, TigerCommissary.com,**
**Tiger Correctional Services Portal**                    **DEFENDANTS**

## JUDGMENT

Williams's complaint is dismissed without prejudice.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

8 January 2024